UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JARVIS ALLEN ARAGON,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>TERRY ROYAL, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:25-cv-00456-MMD-CSD<br><br>ORDER |

On or about August 27, 2025, *pro se* Petitioner Jarvis Allen Aragon commenced this federal habeas action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 4 ("Petition").) The Court screened the Petition and ordered that it be served on Respondents. (ECF No. 3.) Aragon has now moved for the appointment of counsel. (ECF No. 6 ("Motion").)

There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir.1970).

Aragon's Petition is sufficiently clear, and the issues are not especially complex. Further, Aragon's Motion is on a boilerplate form, and Aragon provides no additional

information regarding his inability to fairly present his claims. Rather, Aragon's Petition is thorough and well-written, and he does not indicate that another inmate wrote it on his behalf. Therefore, the Court concludes that counsel is not justified in this case.

It is therefore ordered that the Motion (ECF No. 6) is denied.

It is further ordered that the Court's Scheduling Order (ECF No. 3) is amended, in part. Courtesy copies of the responsive pleadings, motions, and exhibit indices shall not be provided. The remainder of the Scheduling Order remains in effect.

DATED THIS 18th Day of December 2025

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE