UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JARVIS ALLEN ARAGON,<br><br>Petitioner,<br>v.<br><br>TERRY ROYAL,<br><br>Respondent. | Case No. 3:25-cv-00456-MMD-CSD<br><br>ORDER |

Respondents have filed a motion for a 44-day extension of time to file their response to Petitioner Javis Allen Aragon's petition. (ECF No. 8 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 8) is granted. Respondents have up to and including February 13, 2026, to file their response.

DATED THIS 5th day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE