UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JARVIS ALLEN ARAGON,<br><br>Petitioner,<br>v.<br><br>TERRY ROYAL,<br><br>Respondent. | Case No. 3:25-cv-00456-MMD-CSD<br><br>ORDER |

Before the Court is Petitioner Jarvis Aragon's motion for a 45-day extension of time to file his opposition to the motion to dismiss (ECF Nos. 15 ("Extension Motion"), 14) and motion for appointment of counsel (ECF No. 16 ("Motion for Counsel").) The Court finds good cause exists to grant the Extension Motion. However, because the Motion for Counsel is identical to a previous motion for the appointment of counsel (ECF No. 6), the Court finds that there is no new basis to reconsider its prior denial to appoint counsel (ECF No. 7).

Also before the Court is Respondents' motion to seal a financial affidavit and a presentence investigation report. (ECF No. 11 ("Motion to Seal").) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu* and its progeny, the Court finds that a compelling need to protect safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. *See* 447 F.3d 1172 (9th Cir. 2006)

It is therefore ordered that the Extension Motion (ECF No. 15) is granted. Aragon has up to and including April 12, 2026, to file his opposition.

It is further ordered that the Motion for Counsel (ECF No. 16) is denied.

It is further ordered that the Motion to Seal (ECF No. 11) is granted. Exhibits 2 and 28 (ECF Nos. 12-1 and 12-2) are considered properly filed under seal.

DATED THIS 5th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE