UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JARVIS ALLEN ARAGON,

Petitioner,

v.

DEBORA BORGAS,

Respondent.

Case No. 3:25-cv-00456-MMD-CSD

ORDER

Respondent filed a motion for a 60-day extension of time to file her answer to Petitioner Javis Allen Aragon's petition. (ECF No. 24 ("Motion").) This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 24) is granted. Respondent has up to and including September 11, 2026, to file her answer.

DATED THIS 13th Day of July 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE