UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JARVIS ALLEN ARAGON,

Petitioner,

v.

DEBORA BORGAS,

Respondent.

Case No. 3:25-cv-00456-MMD-CSD

ORDER

Respondent has filed a motion for a 14-day extension of time to file her answer to Petitioner Javis Allen Aragon's petition. (ECF No. 26 ("Motion").) This is Respondent's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 26) is granted. Respondent has up to and including September 25, 2026, to file her answer.

DATED THIS 15th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE