UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JARVIS ALLEN ARAGON,<br>Petitioner,<br>v.<br>DEBORA BORGAS,<br>Respondent. | Case No. 3:25-cv-00456-MMD-CSD<br>ORDER |

Petitioner Javis Allen Aragon has filed a motion for an extension of time to file his reply to his petition. (ECF No. 29 ("Motion").) This is Aragon's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 29) is granted. Aragon has up to and including December 24, 2026, to file his reply.

DATED THIS 27th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE